IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEBORAH PERRYMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: |
| vs. ) | |
| ) | |
| ACCOUNT RECOVERY SPECIALISTS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the District of Kansas:

COMES NOW defendant Account Recovery Specialists, Inc. the removing party, and for its Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 15 U.S.C. §1692k(d), and respectfully shows this Court that:

1. On April 10, 2015, plaintiff filed a Petition in the District Court of Wyandotte County, Kansas, a copy of which is attached hereto as Exhibit A.

2. The removing party is the defendant in the above-entitled action.

3. On or about April 16, 2015, defendant was served with Plaintiff's Petition.

4. On May 4, 2015, a first appearance docket call took place and the matter was continued to June 1, 2015 in order to allow defendant time to file this Notice of Removal.

5. No further proceedings have been had herein in the District Court of Wyandotte County, Kansas.

6. Thirty (30) days has not yet elapsed since defendant was first served with Plaintiff's Petition, which was the initial pleading setting forth the claim for relief upon which this action is based. Therefore, the time for filing this Notice of Removal under 28 U.S.C. § 1446(b) has not yet expired.

7. Plaintiff's Petition sets forth a cause of action under 15 U.S.C. §§1692 *et seq.*

8. This Court has original jurisdiction over Plaintiff's cause of action based on 15 U.S.C. §§1692, et seq., as set forth in 28 U.S.C. §1331 and 15 U.S.C. §1692k(d). Pursuant to 28 U.S.C. §1441, therefore, the civil action pending in the District Court of Wyandotte County, Kansas is removable to this Court.

9. Defendant will file its Answer or other responsive pleading in a timely manner pursuant to Fed. R. Civ. P. 81(c).

10. Copies of all process, pleadings and orders served upon Defendant in this action are attached hereto.

11. Defendant has provided written notice of the filing of this Notice of Removal to Plaintiff by email and ordinary mail on this date and has also forwarded a Notice for filing with the Clerk of the District Court of Wyandotte County, Kansas regarding this Notice of Removal.

12. Defendant designates Kansas City, Kansas as the place of trial.

WHEREFORE, defendant prays that the above-entitled cause now pending in the District Court of Wyandotte County, Kansas, be removed to the United States District Court for the District of Kansas at Kansas City.

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

 /s/ Pamela J. Welch
PAMELA J. WELCH          #21534
8900 Ward Parkway
Kansas City, Missouri 64114
(816) 421-7100
(816) 421-7915 fax
pwelch@fsmlawfirm.com

and

Michael A. Klutho      #78069
BASSFORD REMELE, P.A.
33 S. Sixth Street, Suite 3800
Minneapolis, MN  55407
Telephone:  612-376-1619
Fax:  612-333-8829
**Attorneys for Defendant**

**CERTIFICATE OF SERVICE**
It is hereby certified that a copy of the above and foregoing was sent via first-class mail, postage prepaid, this 18th day of May, 2015, to:

A.J. Stecklein #16330
Michael H. Rapp #25702
Consumer Legal Clinic, LLC
728 Ann Avenue
Kansas City, Kansas 66101
Phone: 913-371-0727
Fax: 913-371-0147
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
**Attorneys for Plaintiff**


   /s/ Pamela J. Welch
**Attorney for Defendant**