ELECTRONICALLY FILED
2015 Apr 10 PM 4:57
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2015-LM-001679

## IN THE DISTRICT COURT OF WYANDOTTE COUNTY, KANSAS
## LIMITED ACTIONS DEPARTMENT

Deborah Perryman,

                Plaintiff,

vs.

Account Recovery Specialists, Inc.

                Defendant.

Case Number:_____

Division: _____

## PETITION

COMES NOW Plaintiff, by and through counsel, and for Plaintiff's causes of action against Defendant states as follows:

1. Plaintiff is a resident of Kansas.

2. Defendant Account Recovery Specialists, Inc. is a Kansas corporation.

3. At all times relevant hereto, Defendant Account Recovery Specialists, Inc. was and is engaged in the business of collecting consumer debt, all within Kansas.

4. The Court has concurrent jurisdiction over the Fair Debt Collection Practices Act pursuant to 15 USC §1692k(d).

## COUNT I
## FAIR DEBT COLLECTION PRACTICES ACT

COMES NOW Plaintiff Deborah Perryman, and as for Count I against Defendant ARSI Account Recovery Specialists, Inc., states and alleges as follows:

5. Plaintiff incorporates herein the preceding paragraphs as though fully set forth hereunder.

6. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*



(hereinafter FDCPA), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

7. Plaintiff is a consumer as defined by 15 USC §1692a(3) of the FDCPA.

8. The principal purpose of Defendant ARSI Account Recovery Specialists, Inc. is the collection of consumer debts using the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

9. Defendant is a debt collector as defined by 15 USC §1692a(3) who uses any instrumentality of interstate commerce or the mails in any business, the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another or by taking of assignment of a debt already declared to be in default by the originating creditor.

10. The Defendant was attempting to collect a consumer debt as defined by 15 USC §1692a(5) as an obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

11. The standard in determining whether the Defendant violated the FDCPA is the least sophisticated consumer standard. Claims should be viewed from the perspective of a consumer whose circumstances make him relatively more susceptible to harassment, oppression or abuse. *Schweizer v. Trans Union Corp.*, 136 F.3d 233, 237 (2nd Cir. 1998); *Swanson v. Southern Oregon Credit Service*, 869 F.2d 1222, 1225-27 (9th Cir. 1988); *Jeter v. Credit Bureau, Inc.*, 760 F.2d 1168, 1172 -75 (11th Cir. 1985); *Graziano v. Harrison*, 950 F.2d 107, 111 (3d Cir. 1991).

12. On April 25, 2014, Defendant sent a demand letter to Plaintiff demanding payment on a medical bill from Dr. Carl L. Falcone, M.D. in an attempt to collect a debt.

13. A redacted copy of the letter is attached hereto as Exhibit A.

14. On February 25, 2014, 2013, Defendant was sued by Dr. Carl L. Falcone, M.D. in the District Court of Wyandotte County, Kansas in case number 13LA7945 alleging that Plaintiff owed Citibank a consumer debt.

15. Citibank is represented by the law firm of Berman and Rabin in case number 13LM1397.

16. In response to the summons served upon Plaintiff, she retained counsel in case number 13LM1397 and an answer and entry of appearance were filed on April 29, 2013.

17. The entry of appearance indicated that Plaintiff was represented by the Consumer Legal Clinic, LLC regarding the debt at issue.

18. Case number 13LM1397 was subsequently dismissed by Dr. Carl Falcone, M.D.

19. Subsequent to the dismissal, Plaintiff, on behalf of Dr. Carl Falcone, M.D., contacted Plaintiff to demand payment on the same account despite knowing that Plaintiff was represented by counsel.

20. 15 USC 1692b precludes a debt collector from contacting a represented debtor after the debt collector knows the consumer is represented by an attorney with regard to the subject debt and has knowledge of, or can readily ascertain, such attorney's name and address, not communicate with any person other than that attorney, unless the

attorney fails to respond within a reasonable period of time to communication from the debt collector.

21. The above-described acts are misleading to the least sophisticated consumer and violated 15 USC 1692b.

22. Defendant's acts, as described above, were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

23. As a result of the above violations of the stated Act, the Defendant is liable to the Plaintiff for actual damages; statutory damages up to $1,000.00 pursuant to 15 U.S.C. §1692k; costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for actual damages; statutory damages pursuant to 15 U.S.C. §1692k; costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k; and for such other and further relief as may be just and proper.

Respectfully submitted,

By: /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Consumer Legal Clinic, LLC
748 Ann Ave
Kansas City, KS 66101
Telephone: (913) 371-0727
Facsimile: (913) 371-0147
Email: aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com
Attorneys for Plaintiff

# ARSI ACCOUNT RECOVERY SPECIALISTS, INC.

| 3505 NORTH TOPEKA | 200 WEST WYATT EARP BLVD. | 117 NORTH MAIN |
| --- | --- | --- |
| WICHITA, KANSAS 67219 | POST OFFICE BOX 136 | GARDEN CITY, KANSAS 67846 |
| PHONE: (316) 267-1827 | DODGE CITY, KANSAS 67801 | PHONE: (620) 275-2065 |
| FAX: (316) 267-5405 | PHONE: (620) 227-8519 | FAX: (620) 275-8077 |
| TOLL FREE: (855) 267-1827 | FAX: (620) 227-6524 | |
| | www.arsico.com | |

November 29, 2014

Deborah Perryman
2113 Waverly Ave
Kansas City KS 66102

Re:  **ARSI Account #: 1561412**
 **Amount Due: $128.50 + Interest to Date: $39.22**
 Creditor: Carl L. Falcone, M.D., P.C.
 Creditor Account #: 004476

PLAINTIFF'S EXHIBIT A

Dear: Deborah Perryman

You have ignored our offers to make payment arrangements on this delinquent account. The above balance remains due in full.

YOU MUST CONTACT US TO AVOID FURTHER COLLECTION ACTIVITY.

Pay online by credit card, debit card, checking or savings account at:
**www.arsico.com**
"Consumer Resources"

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

We are offering you yet another chance to contact us to discuss your account. If we do not hear from you, collection efforts will continue as directed by the creditor and allowed by law. This may include an attorney filing suit against you.

Sincerely,

Collection Service Department
Account Recovery Specialists, Inc.

**ELECTRONICALLY FILED**
2015 Apr 10 PM 4:57
CLERK OF THE WYANDOTTE COUNTY DISTRICT COURT
CASE NUMBER: 2015-LM-001679

Deborah Perryman

vs.

Account Recovery Specialists, Inc.

**SUMMONS**

To the above-named Defendant/Respondent:

> Account Recovery Specialists Inc
> RA: Kecia S. Kesler
> 3505 N. Topeka
> Wichita, KS 67219

You are hereby notified that a lawsuit commenced against you will be on this court's docket at 09:00 am, on 05/04/2015, to be held at the following location:

> Wyandotte County District Court
> Wyandotte County District Court
> 710 N. 7th St.
> Kansas City, KS 66101

If you do not appear before this court or file an answer at such time, judgment by default will be taken against you for the relief demanded in the petition.

If you intend to appear at such time and dispute the petition, you must file an answer with the clerk of this court within 14 days thereafter.

If you are not represented by an attorney, the answer shall be signed by you. The answer shall state the following:

(1) what the dispute is;
(2) any affirmative defenses you have to the claim; and
(3) your (or your attorney's) current address, phone number, fax phone number, and e-mail address.

You must also promptly send a copy of your answer to the plaintiff's attorney or the plaintiff, if the plaintiff has no attorney.



Clerk of the District Court

**Documents to be served with the Summons:**
PLE: Petition Petition