# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Deborah Perryman,**

       **Plaintiff,**

v.                                          Case No. 15-9077-JWL

**Account Recovery Specialists, Inc.**
**and Carl L. Falcone,**

       **Defendants.**

## ORDER

Plaintiff Deborah Perryman filed a state court petition against Account Recovery Specialists, Inc. ("ARSI") alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq. Defendant ARSI thereafter removed the case to federal court. Thereafter, plaintiff filed an amended complaint naming Carl L. Falcone as a defendant. Mr. Falcone has not yet been served. Plaintiff now seeks to dismiss her claims against ARSO with prejudice pursuant to a stipulation between the parties and to remand to state court her claims against Mr. Falcone. The motion is unopposed and, because the motion is otherwise appropriate, the court dismisses plaintiff's claims against ARSI with prejudice and remands her claims against Mr. Falcone to state court.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiff's claims against defendant Account Recovery Specialists, Inc. are dismissed with prejudice and plaintiff's motion to remand to state court as to defendant Carl L. Falcone (doc. 29) is **granted**.

**IT IS FURTHER ORDERED THAT** this case is remanded to the District Court of Wyandotte County, Kansas.

**IT IS SO ORDERED.**

Dated this 8th day of January, 2016, at Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge
